IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAUREN LEONHARD, individually and as Beneficiary of the Amendment and Restatement of the Jack Limon Revocable Trust, dated May 4, 2011,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JUSTIN LIMON, individually and as the Trustee of The Amendment and Restatement of the Jack Limon Revocable Trust, Dated May 4, 2011 and RONALD LIMON, individually and as Co-Trustee of the Amendment and Restatement of the Jack Limon Revocable Trust, dated May 4, 2011,<br><br>　　　　　　Defendants. | Case No. 24-CV-006-JFH-JAR |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Jason A. Robertson. Dkt. No. 28. The Magistrate Judge recommends that Plaintiff's Motion for Sanctions [Dkt. No. 26] be granted and default judgment be entered against Defendant Justin Limon.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Plaintiff's Motion for Sanctions [Dkt. No. 26] is GRANTED against Defendant Justin Limon. Default judgment shall be entered against Defendant Limon. The Court will order a separate evidentiary hearing to ascertain the amount of damages Plaintiff is entitled to.

IT IS SO ORDERED this 29th day of September 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE